DOROTHY DADDETTO, ET AL., PLAINTIFFS-PETITIONERS,
v. PETER BARBIERA, DEFENDANT-RESPONDENT.

See same case below: 4 *N. J. Super.* 479.

*Mr. Stephen Mongiello* for the petitioners.

*Mr. Ezra Nolan* and *Mr. Maurice C. Brigadier* for the respondent.

October 17, 1949.  Denied.

CITY OF NEWARK, PLAINTIFF-RESPONDENT, v. CHARLES
FISCHER, OR NORBET CORPORATION, DEFENDANTS-
PETITIONERS.

See same case below: 4 *N. J. Super.* 499.

*Mr. Frederick C. Vonhof* and *Mr. Walter D. Van Riper*
for the petitioners.

*Mr. Charles Handler* and *Mr. Vincent J. Casale* for the
respondent.

October 17, 1949.  Granted.